

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-19-00158-CV

———————————————

HERITAGE INN NUMBER LVII LTD, HERITAGE INN NUMBER XXX LP, AND THARLDSON DEV, Appellants

V.

TARRANT APPRAISAL REVIEW BOARD, Appellee

On Appeal from the 96th District Court
Tarrant County, Texas
Trial Court No. 096-295342-17

Before Sudderth, C.J.; Gabriel and Kerr, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered "Appellant's Motion for Voluntary Dismissal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellants must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: June 27, 2019